Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−12302−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Moishe Starkman
    aka Morris Starkman, aka Bordentown
    Family Practice, PA
    2206 Yellowstone Rd
    Riverton, NJ 08077

Social Security No.:
    xxx−xx−6813

Employer's Tax I.D. No.:
    22−3702673

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/23/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 23, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-12302-ABA
Moishe Starkman                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2          Date Rcvd: Apr 23, 2020
                             Form ID: 148           Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
```
db             +Moishe Starkman,    2206 Yellowstone Rd,    Riverton, NJ 08077-3157
518708648      +Allstate Insurance,    1181 E. Landis Ave. #4,    Vineland, NJ 08360-4201
518708644      +Amerihealth Insurance Company,    1901 Market Street,    Philadelphia, PA 19103-1480
518752348      +Apex Asset,    2501 Oregon Pike Suite 120,    Lancaster, PA 17601-4890
518708616       BBT,    223 West High Street,    Wilson, NC  27893
518708425      +Bayhill Recovery Group LLC,    EBF Partners LLC,    Everest Business Funding,
                 2001 NW 107th Ave 3rf Fl,    Miami, FL 33172-2507
518708390       Bordentown Family Practice,    Horizon Healthcare Services/,    Horizon BC/BS of NJ,
                 Riverfront Plaza,    PO Box 200145,    Newark, NJ  07102-0303
518708434      +Bordentown Professional Plaza LLC,    163 Rt 130 N.,    Bordentown NJ 08505-2250
518708427      +Business Backer,    10856 Read Hartman HWY,    Suite 100,    Cincinnati, OH 45242-0209
518708623      +Business Backer, LLC,    10856 Reed Hartman Highway,    Ste. 100,    Cincinnati OH 45242-0209
518708646      +CG Tax, Audit & Advisory,    730 Hope Road,    Tinton Falls, NJ 07724-9713
518708615     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,    25505 West Twelve Mile Road,
                 Southfield, MI 78304)
518708387      +Capital One Bank USA,    Reading Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518708643      +Carmens Answering Service,    326 High Street #3,    Burlington, NJ 08016-4422
518708431      +Columbia Self Storage,    1025 US 206,    Bordentown, NJ 08505-2140
518708645      +Coopersminth, Wilensky, Stephen & Co, LP,    2500 McKellean Avenue,    Pennsauken, NJ 08109-4613
518752352      +Credit Acceptance Corp,    Po Box 513,    Southfield, MI 48037-0513
518752353      +Creditacpt,    25505 W 12 Mile,    Southfield, MI 48034-8316
518778395      +Denise Carlon Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518708389      +Erin Bonler Fuller,    Burlington, NJ 08016
518708432      +Farnsworth Semption Phelton,    692 Main St,    Lumberton, NJ 08048-5015
518752354      +Holiday Inn Club Vacat,    8505 W Irlo Bronson Memo,    Kissimmee, FL 34747-8217
518708428       IRS,    Cincinnati, OH 00004
518752355      +Independent Recovery R,    24 Railroad Ave,    Patchogue, NY 11772-3518
518752358      +Jpmcb Hl,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
518708650      +Kevin Atlee, DMD, LLC,    244 West Main Street,    Moorestown, NJ 08057-2367
518708617       Larchmont Imaging,    Rt. 38,    Mt. Laurel, NJ  08054
518708624       MBNA America,    Wilmington, DE
518708426      +Merchant Funding Services LLC,    VIA,    MCA Recovery LLC,    17 State Street Suite 4000,
                 New York, NY 10004-1508
518807630      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518708614      +Midfirst Bank,    c/o KML Law Group,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518752359      +Midland Mtg/MidFirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
518708621      +Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
518708429      +Mohela,    PO Box 790233,    St Louis, MO 63179-0233
518752360      +Mohela/Dofed,    633 Spirit Drive,    Chesterfield MO 63005-1243
518752362     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Infiniti Lt,    8900 Freeport Pkwy,    Irving, TX 75063)
518708649       NJ EZ Pass,    RMCB,    PO Box 1235,    Elmsford, NY  10523-0935
518708620      +NJ Higher Education,    PO Box 548,    Trenton, NJ 08625-0548
518732546      +Neal Cupersmith,    2500 McClellan Blvd,    Suite 100,    Pennsauken NJ 08109-4613
518708618       Nissan Infiniti,    PO Box 660366,    Dallas TX 75266-0366
518752363      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
518708647      +Nissan Motor Corp,    PO Box  742658,    Cincinnati, OH  45274-2658
518808772      +Nissan-Infiniti LT,    PO Box 9013,    Addison, Texas 75001-9013
518708433      +Polino & Pinto PC,    Moorestown Times Square,    720 East Main St Suite 1C,
                 Moorestown, NJ 08057-3058
518752364       Roebling Bank,    Rt 130 S Delaware Ave,    Roebling, NJ 08554
518752366      +State Of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
518708622       State of NJ,    Div of Wage & Hour Compliance,    Trenton, NJ
518708388      +State of NJ,    NJ Dept of Labor & Workforce,    Development,    PO Box 379,
                 Trenton, NJ 08625-0379
518708430       State of New Jersey,    Dept of Revenue,    Trenton, NJ
518752369      +Third Federal Savings,    3 Penns Trl,    Newtown, PA 18940-3433
518752370      +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2020 23:37:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2020 23:37:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518752350       E-mail/Text: bankruptcy@bbandt.com Apr 23 2020 23:37:12     Bb&T,    P O Box 2306,
                 Wilson, NC 27894
518736666      +E-mail/Text: bankruptcy@bbandt.com Apr 23 2020 23:37:12     BB&T Now Truist,    PO Box 1847,
                 Wilson, NC 27894-1847
518708615       E-mail/Text: ebnnotifications@creditacceptance.com Apr 23 2020 23:36:56     Credit Acceptance,
                 25505 West Twelve Mile Road,    Southfield, MI 78304
```

```
District/off: 0312-1              User: admin                Page 2 of 2              Date Rcvd: Apr 23, 2020
                                 Form ID: 148               Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518708619        EDI: CAPITALONE.COM Apr 24 2020 03:03:00      Capital One Bank,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
518725635       +EDI: AIS.COM Apr 24 2020 03:03:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518752351       +EDI: CAPITALONE.COM Apr 24 2020 03:03:00      Capital One/Best Buy,   Po Box 5253,
                 Carol Stream, IL 60197-5253
518752352       +E-mail/Text: ebnnotifications@creditacceptance.com Apr 23 2020 23:36:56
                 Credit Acceptance Corp,   Po Box 513,   Southfield, MI 48037-0513
518752356        EDI: JPMORGANCHASE Apr 24 2020 03:03:00      Jpmcb Auto,   Po Box 901003,   Ft Worth, TX 76101
518752357        EDI: JPMORGANCHASE Apr 24 2020 03:03:00      Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850
518708386       +EDI: CCS.COM Apr 24 2020 03:03:00      Quest Diagnostic Inc.,   Credit Collection Services,
                 725 Canton St.,   Norwood MA 02062-2679
518752365       +EDI: WFFC.COM Apr 24 2020 03:03:00      Rymr&Flnign,   Cscl Dispute Team N8235 04m Po Box 14517,
                 Des Moines, IA 50306-3517
518752367       +EDI: RMSC.COM Apr 24 2020 03:03:00      Syncb/Sams,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
518752368        EDI: RMSC.COM Apr 24 2020 03:03:00      Syncb/Slpy,   C/O P.O. Box 965036,
                 Orlando, FL 32896-5036
518708391        EDI: WTRRNBANK.COM Apr 24 2020 03:03:00      Target Card Services,   3901 West 53rd Street,
                 Sioux Falls, SD  57106-4216
518708392        EDI: VERIZONCOMB.COM Apr 24 2020 03:03:00      Verizon,   PO Box 489,   Newark, NJ  07101-0489
                                                                                          TOTAL: 17


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518752349        Bb & T
518752361        Nissan
                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          David J Khawam   on behalf of Debtor Moishe  Starkman khawam@dksuites.com
          Denise E. Carlon  on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 4
```